1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

**EASTERN DIVISION**

11

12   ABDULLAH THOMPSON,

Case No.:  5:13-cv-00792-TJH-SP

13            Plaintiff,

**ORDER REGARDING STIPULATED PROTECTIVE ORDER**

14   v.

[Fed. R. Civ. P. 26(c)]

15   LOWE'S HIW, INC.; and DOES 1-100, inclusive,

[DISCOVERY MATTER]

16            Defendants.

17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to stipulation by the parties and good cause appearing therefor, the Court HEREBY ENTERS the parties' STIPULATED PROTECTIVE ORDER.

**IT IS SO ORDERED.**

DATED: <u>July 24, 2013</u>                    _____/s/_____.
                                                     Honorable Sheri Pym
                                                  United States Magistrate Judge

ORDER REGARDING STIPULATED PROTECTIVE ORDER
CASE NO. 5:13-cv-00792-TJH-SP