1
2
3
4
5
6
7
8               **UNITED STATES DISTRICT COURT**
9               **CENTRAL DISTRICT OF CALIFORNIA**
10                      **EASTERN DIVISION**
11

| | |
|---|---|
| ABDULLAH THOMPSON, | Case No.:  5:13-cv-00792-TJH-SP |
|      Plaintiff, | **ORDER REGARDING STIPULATED PROTECTIVE ORDER** |
| v. | [Fed. R. Civ. P. 26(c)] |
| LOWE'S HIW, INC.; and DOES 1-100, inclusive, | [DISCOVERY MATTER] |
|      Defendants. | |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

     Pursuant to stipulation by the parties and good cause appearing therefor, the Court HEREBY ENTERS the parties' STIPULATED PROTECTIVE ORDER.

**IT IS SO ORDERED.**

DATED: <u>July 24, 2013</u>                    _____/s/_____.
                                               Honorable Sheri Pym
                                  United States Magistrate Judge